**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBINSON,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION 09-00488-WS-B** |
| **J. C. GILES,** | : | |
| **Respondent.** | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A) and that Petitioner is not entitled to a certificate of appealability.

**DONE** this 1st of March, **2010.**


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE