```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**CHARLES ROBINSON,**            :

    **Petitioner,**             :

**vs.**                          :   CIVIL ACTION 09-00488-WS-B

**J. C. GILES,**                 :

    **Respondent.**            :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A) and that Petitioner is not entitled to a certificate of appealability.

**DONE** this 1st of March, **2010**.

                                        <u>s/WILLIAM H. STEELE</u>
                                        CHIEF UNITED STATES DISTRICT JUDGE