**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**CHARLES ROBINSON,**                    :

       **Plaintiff,**                  :

**vs.**                               :       **CIVIL ACTION 09-00488-WS-B**

**J.C. GILES,**                       :

       **Defendant.**                :

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   Accordingly, this Court certifies that the issues Petitioner seeks to raise on appeal are "without arguable merit either in law or fact," <u>Napier v. Preslicka</u>, 314 F.3d 528, 531 (11th Cir. 2002); <u>Bilal v. Driver</u>, 251 F.3d 1346, 1349 (11th Cir. 2001), and are therefore not brought in good faith.   In light of that certification, Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 22) is hereby **DENIED**.

DONE this 22nd day of June, 2010.


**s/WILLIAM H. STEELE**             
**CHIEF UNITED STATES DISTRICT JUDGE**